IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA BENEWAY,

Plaintiff,

v.

JEFFERSON COUNTY, TRAVIS ALLEN,
C/O MCKINNIES, CHERYL BROWN,
DR. PAULIUS, UNKNOWN PARTY,

Defendants.

Case No. 17-cv-1216 JPG/DGW

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: October 26, 2018**          MARGARET M. ROBERTIE, Clerk of Court

                                     **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT
                DISTRICT JUDGE**